1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 150
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   JERRY YANG
5

FILED
OCT -1 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   No.  CR. S-07-266 FCD
                                    )
9              Plaintiff,           )
                                    )   WAIVER OF PERSONAL APPEARANCE
10                                  )
       v.                           )
11                                  )
   JERRY YANG, et al.,              )
12                                  )
               Defendant.           )
13 _____)

14       Defendant hereby waives the right to be present in person in open court upon the hearing of
15 any motion or other proceeding in this case, including when the case is set for trial, when a
16 continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing
17 is held, and when any other action is taken by the Court before or after trial, except upon
18 arraignment, plea, empaneling of jury and imposition of sentence. Defendant hereby requests the
19 Court to proceed during defendant's every absence pursuant to this waiver; agrees that defendant's
20 interests will be deemed represented at all time by the presence of defendant's attorney, the same as
21 if defendant were personally present; and further agrees to be present in person in court ready for trial
22 on any day which the Court may fix in defendant's absence.

23

24 DATED: September 22, 2009
                                        _____
                                        JERRY YANG
25

26 APPROVED:

27 DATED: September 22, 2009
                                        _____
                                        BRUCE LOCKE
28                                      Attorney for JERRY YANG

29                                      1

IT IS SO ORDERED.

DATED: 10/1/09

_____
UNITED STATES DISTRICT JUDGE