BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
JERRY YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR. S-07-266 FCD |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | TO MODIFY DATE FOR FILING |
| | ) | OF DEFENDANT JERRY YANG'S |
| JERRY YANG, et al., | ) | PRETRIAL MOTIONS |
| Defendant. | ) | |
| _____ | ) | |

Jerry Yang, through his counsel, and the United States through its counsel, stipulate and request that the Court modify the current schedule for filing of Defendant Jerry Yang's dispositive motions as follows;

Defendants' dispositive motions due:    June 1, 2010

Government Response due:    July 16, 2010

Defendants' replies due:    August 20, 2010

This revised schedule will permit this defendant to have an additional ten days to file dispositive motions. Pursuant to the agreement at the hearing on March 15, 2010, Defendants will not object if the government requests additional time to file its responsive briefs.

ITS IS SO STIPULATED.

Dated:    May 24, 2010                                    Respectfully submitted,

                                                   ___/S/ Bruce Locke___
                                                   BRUCE LOCKE
                                                   Attorney for Jerry Yang

1

Dated: May 24, 2010         /S/ Robert Tice-Raskin
ROBERT TICE-RASKIN
Assistant United States Attorney

ORDER

Having reviewed the stipulation set forth above,

IT IS SO ORDERED.

Dated: May 25, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2