-

BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
JERRY YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERRY YANG,<br><br>　　　　Defendant. | No.   CR. S-07-266 FCD<br><br>ORDER FOR RETURN OF DEFENDANT'S PERSONAL PROPERTY |

The above-captioned matter having been dismissed by this Court on January 10, 2011 and bail having been exonerated (See January 10, 2011 Order Dismissing Charges Against All Defendants, Docket Entry #688), the personal property of defendant Jerry Yang, including: firearms and his U.S. Passport, is to be returned to the defendant forthwith.

　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: March 24, 2011　　　　/s/ _____
　　　　　　　　　　　　　　　　BRUCE LOCKE
　　　　　　　　　　　　　　　　Attorney for JERRY YANG

IT IS SO ORDERED.

Dated: March 25, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1